# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3233
_____

KEVIN L. CHRISTY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

October 3, 2018

PER CURIAM.

The "petition for writ of prohibition habeas corpus, ad prosequendum, mandamus and/or discharge" is denied on the merits. *See* Florida Rule of Criminal Procedure 3.191 (providing that the period for speedy trial without demand runs from the date of arrest, and the period for speedy trial upon demand runs from the date of the indictment or information). Here, even though Petitioner was incarcerated on other charges, the arrest warrant related to this case was not executed until August 28, 2018. Thus, the speedy trial period had not begun to run as Petitioner filed the demand for and notice of expiration of speedy trial and motion to discharge before that date.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kevin L. Christy, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.